COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NOS. 2-09-159-CR

2-09-160-CR

                                                 

LARRY D. CROWE JR.           APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM COUNTY CRIMINAL 
COURT NO. 1 OF DENTON COUNTY

                                                 ----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure.  
Tex. R. App. P.
 
42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.
(footnote: 2)  
See 
Tex. R. App. P.
 
42.2(a), 43.2(f). 

        PER CURIAM

PANEL: 
MCCOY
, J.; CAYCE
, C.J.; and MEIER, J.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: September 17, 2009 

FOOTNOTES
1:
See
 Tex. R. App. P. 47.4.

2:
Because we dismiss this appeal, we deny appellant’s “Motion to Suspend Filings of Reporter’s Record” as moot.